**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name ___WEAVER___ ___WILLIE___ _____
  (Last)      (First)      (Initial)

Prisoner Number ___J-91389___

Institutional Address ___PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA   **(PR)**

___WILLIE WEAVER___
(Enter the full name of plaintiff in this action.)

**CV 08    00655**

Case No. _____
(To be provided by the clerk of court)

vs.

___CORRECTIONAL OFFICER RICH CREEK___

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

**JW**

(Enter the full name of the defendant(s) in this action))

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

 A. Place of present confinement ___P.S.U___

 B. Is there a grievance procedure in this institution?
  YES (✓)   NO ( )

 C. Did you present the facts in your complaint for review through the grievance procedure?
  YES (✓)   NO ( )

 D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____ 2. First formal level _____

_____

3. Second formal level _____

_____ 4 Third formal level _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. ___STILL BEING PROCESSED___

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

WILLIE WEAVER PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY CA, 95531.

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT      - 2 -

1 | place of employment.
2 | CORRECTIONAL OFFICER RICHCREEK
3 | PELICAN BAY STATE PRISON
4 |
5 |
6 | III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | DOING SHOWERS CORRECTIONAL
13 | OFFICER RICHCREEK PUT ON CUFFS
14 | TO TITE, ON THE WAY BACK FROM THE
15 | SHOWER CORRECTIONAL OFFICER RICH-
16 | CREEK STOOD IN PLAINTIFF DOOR
17 | WAY BREATHING HARD, STAIRING
18 | AT PLAINTIFF, PLAINTIFF HAD TO
19 | GO AROUND CORRECTIONAL OFFICER
20 | RICHCREEK TO GET IN PLAINTIFF
21 | CELL, BECAUSE OF FILEING TRUE
22 | ALIGATIONS AGAINST THIS CORRECTIONAL
23 | OFFICER, HE JUST CONTINUE HARRASSING
24 | PLAINTIFF THE DEFENDANT SHOWED
     | DELIBERATE INDIFERENCE UNDER THE EIGHT
25 | IV.   Relief AMENDMENT THAT CONSTITUE CRUEL
     | UNUSAL PUNISHMENT.
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                                - 3 -

1. LIABILITY DAMAGES: 25,000 TWENTY
2. FIVE THOUSAND DOLLARS DUE TO: CONSPIRACY'S
3. U.S. CONSTITUTION VIOLATION, PENAL
4. CODE VIOLATION.
5. PUNITIVE DAMAGES: 25,000 TWENTY FIVE
6. THOUSAND DOLLARS DUE TO: MENTAL ANGUISH,
7. STRESS DISORDER.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __01__ day of __10__, 20_08_

__Willie Weaver__
(Plaintiff's signature)

COMPLAINT                                     - 4 -

