COPY 1 OF 2

**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03/17/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN
DISTRICT OF CALIFORN-
-IA

WILLIE WEAVER,
        PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON.

        DEFENDANT,

CASE NO. CV-08-00655
JW (PR)

AFFIDAVIT FOR
EXTENSION OF TIME

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK;

PLAINTIFF WILLIE WEAVER HERE by DECL-
-ARE UNDER PENALTY OF PERJURY THAT
I AM REPRESENTIVE IN THIS PROPRIA
PERSONAM DUE TO LIMITED TIME
LIMITED COOPORATION FROM LEGAL
LAW LIBRARY.

PLAINTIFF CANNOT FILE THE APPLICATION
TO PROCEED IN FORMA PAUPERIS.
IN VIEW OF THE FORGOING PLAINTIFF
REQUEST AN EXTENSION OF 30 DAYS
AND TO INCLUDING NEW DEADLINES
IN WHICH TO FILE APPLICATION TO
PROCEED IN FORMA PAUPERIS.

                        Willie Weaver
                        SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
                    PLAINTIFF,
    VS,                                    CASE NO, CV-08-00655
                                               JW (PR)

PELICAN BAY STATE,

PRISON,                                / PROOF OF SERVICE
            DEFENDANT,

I HERE by CERTIFY THAT ON 03/17/08, I
SERVED A COPY OF THE ATTACHED
            THREE EXACT AFFIDAVIT FOR
EXTENSION OF TIME

by PLACING A COPY IN A POSTAGE PAID
ENVELOPE ADDRESSED TO THE PERSON(S)
HERE IN AFTER LISTED, by DEPOSITING
SAID ENVELOPE IN THE UNITED STATES
MAIL AT;     PELICAN BAY STATE
    PRISON P.O. BOX 7000 CRESCENT
    CITY, CA. 95531,
(LIST NAME AND ADDRESS OF EACH DEFEN-
-DANT OR ATTORNEY SERVED) OFFICE OF
THE CLERK, IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT,
                            Willie Weaver
                        ( SIGNATURE OF PERSON
                        COMPLETING SERVICE)

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

CASE NO. CU-08-00655

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY
P.S.U. UNIT B-2

02 1M
0004217666
MAILED FROM ZIP CODE

NO POS
NECES
IF MA
UNITED

CONFIDENTIAL
LEGAL MAIL

