**FILED**

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
                Plaintiff,

vs.

PELICAN BAY STATE PRISON
                Defendant.

CASE NO. CV-08-00655 JW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO, AIR PORT  300 WEEKLY_____
5  _____1200 MONTHLY_____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                         Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,                      Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                                  Yes ___ No ✓
14      d.   Pensions, annuities, or                         Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,              Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  _____

6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____           $_____           $_____
27 _____           $_____           $_____
28 _____           $_____           $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/01/08                                     Willie Weaver
   DATE                                   SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Willie Eugene Weaver  J91389</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>5.63</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>10.28</u>.    (20%= $2.06)

Dated: 3/12/08                                  _____
                                                Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
EPORT ID: TS3030                                                    REPORT DATE: 03/11/08
                                                                    PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

CCOUNT NUMBER  : J91389                         BED/CELL NUMBER: BF02U 000000210S
CCOUNT NAME    : WEAVER, WILLIE EUGENE          ACCOUNT TYPE: I
RIVILEGE GROUP: D
                                     TRUST ACCOUNT ACTIVITY

       TRAN
ATE    CODE  DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
----   ----  -----------     -------    ---------   --------   -----------    -------

                                                                                0.00
9/01/2007   BEGINNING BALANCE
1/27*DD30   CASH DEPOSIT    2318 ML101               11.25                     11.25
1/27 W211   FEDERAL FILIN   2333 11/27                            1.40          9.85
1/27 W214   FEDERAL FILIN   2333 11/27                            1.40          8.45
1/27 W215   FEDERAL FILIN   2333 11/27                            1.40          7.05
1/27 W212   FEDERAL FILIN   2333 11/27                            1.40          5.65
1/27 W212   FEDERAL FILIN   2333 11/27                            1.40          4.25
1/27 W212   FEDERAL FILIN   2333 11/27                            1.40          2.85
1/27 W214   FEDERAL FILIN   2333 11/27                            1.40          1.45
1/27 W211   FEDERAL FILIN   2333 11/27                            1.40          0.05
2/27*DD30   CASH DEPOSIT    2711 #122              22.50                       22.55
   ACTIVITY FOR 2008
1/03 FC10   DRAW-FAC 10     2808  B2                             17.23          5.32
1/15 W516   LEGAL COPY CH   3013                                  2.40          2.92
2/05 W861   REVERSE LEGAL   3408/3013                             2.40-         5.32
```

```
                              CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE       DESCRIPTION               COMMENT         HOLD AMOUNT
    ------     ----       -----------               -------         -----------
   7/31/2007   H103    DAMAGES-REFUSED TO SIGN HOLD   0506  CCI         2.87
   7/31/2007   H103    DAMAGES-REFUSED TO SIGN HOLD   0506  CCI         2.45
   1/08/2008   H116    FEDERAL FILING FEE HOLD        2864 12/27       22.50
```

```
                           * RESTITUTION ACCOUNT ACTIVITY

                                                  CASE NUMBER: 94F09335
   DATE SENTENCED: 01/19/96                       FINE AMOUNT: $ 5,600.00
   COUNTY CODE: SAC

    DATE        TRANS.     DESCRIPTION                  TRANS. AMT.    BALANCE
    ----        ------     -----------                  -----------    -------
                                                                        5,318.82
   09/01/2007   BEGINNING BALANCE
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____   pg 1 of 2
   TRUST OFFICE

```
REPORT ID: TS3030  .701                                         REPORT DATE: 03/11/08
                                                                PAGE NO:         2
                          PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT:  J91389        ACCT NAME: WEAVER, WILLIE EUGENE          ACCT TYPE: I


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/19/96                             CASE NUMBER: 94F09335
COUNTY CODE:    SAC                                  FINE AMOUNT: $   5,600.00

   DATE      TRANS.     DESCRIPTION                  TRANS. AMT.      BALANCE
  --------   ------     ---------------------------  -----------      ---------
  11/27/07   DR30       REST DED-CASH DEPOSIT             12.50-      5,306.32
  12/27/07   DR30       REST DED-CASH DEPOSIT             25.00-      5,281.32

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT        HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS    BALANCE       BALANCE     TO BE POSTED
  ---------    ---------     -----------    --------      --------    ------------
     0.00        33.75          28.43          5.32         27.82         0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               22.50-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  pg 2 of 2
     TRUST OFFICE